Jessica Anvar (SBN: 250610)
jessica@nolemon.com
Benjeman R. Beck (SBN: 268617)
ben@nolemon.com
Nancy Zhang (SBN: 294675)
nancy@nolemon.com
**CONSUMER LAW EXPERTS, P.C.**
5757 West Century Blvd., Suite 500
Los Angeles, CA 90045
Telephone: (310) 442-1410
Facsimile: (877) 566-8828

Attorneys for Plaintiff SUSAN WALPERT

**DENIED**
BY ORDER OF THE COURT

*The Court will rule on the papers and no appearance will be required.    11/21/18*

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WALPERT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: CV-18-8998-JFW (MAAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COMBINED MOTION FOR LEAVE TO AMEND AND MOTION TO REMAND TO LOS ANGELES SUPERIOR COURT**<br><br>Date:　　　December 17, 2018<br>Judge:　　Hon. John F. Walter<br>Time:　　　1:30 p.m.<br>Location:　Courtroom 7A<br><br>Complaint Filed: September 12, 2018<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Plaintiff Susan Walpert's ("Plaintiff") Combined Motion for Leave to Amend and Motion to Remand to Los Angeles Superior Court ("Motion") came on for hearing before this Court, Nancy Zhang appearing for Plaintiff and _____ appearing for Defendant Jaguar Land Rover North America, LLC ("Defendant").  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED in its entirety. |

Plaintiff Susan Walpert's ("Plaintiff") Combined Motion for Leave to Amend and Motion to Remand to Los Angeles Superior Court ("Motion") came on for hearing before this Court, Nancy Zhang appearing for Plaintiff and _____ appearing for Defendant Jaguar Land Rover North America, LLC ("Defendant").  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED in its entirety.

Specifically, Plaintiff's Motion for Leave to Amend to join Hornburg Jaguar / Land Rover ("Hornburg") and add Hornburg to the caption page of the Complaint is granted pursuant to 28 U.S.C. § 1447(e) on the grounds that: (1) Hornburg is needed for just adjudication of this matter; (2) Plaintiff's proposed amendment is timely; (3) Plaintiff's claims against Hornburg are facially legitimate; (4) joinder was not sought solely to defeat jurisdiction; and (5) denial of joinder will prejudice Plaintiff.  Plaintiff's proposed First Amended Complaint, attached as Exhibit 2 to the Declaration of Nancy Zhang, is deemed filed as of the date of this order.

Further, Plaintiff's Motion to Remand is granted on the following grounds: (1) removal was improper in the first instance because Defendant failed to carry its burden of showing that the 28 U.S.C. § 1332 amount in controversy exceeds $75,000; (2) inclusion of Hornburg divests this Court of diversity jurisdiction; and (3) the absence of a claim under the Magnuson-Moss Warranty Act divests this Court of federal question jurisdiction and supplemental jurisdiction over Plaintiff's State Law Claims.

Based on the foregoing, the Court remands this case to the Los Angeles Superior Court.

IT IS SO ORDERED.

DATED:_____  DENIED
                                 Hon. John F. Walter
                                 United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S COMBINED MOTION FOR LEAVE TO AMEND
AND MOTION TO REMAND